UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ADAM S. THRELKELD,

    Plaintiff,

v.

    Case No. 18-cv-1863-pp

TANNER LEOPOLD, *et al.*,

    Defendants.

---

### ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PAY INITIAL PARTIAL FILING FEE

---

On January 11, 2019, the court ordered the plaintiff to pay the initial partial filing fee of $8.70 by the end of the day on February 15, 2019. Dkt. No. 9. The court informed the plaintiff that if it did not receive that amount by the end of the day on February 15, 2019, it would dismiss his case without prejudice on the next business day. Id. at 3.

The court has not heard from the plaintiff since it issued the order.

The court **ORDERS** that this case is dismissed **without prejudice** for failure to pay the initial partial filing fee, and for failure to diligently pursue it. See Civil Local Rule 41(c) (E.D. Wis.).

Dated in Milwaukee, Wisconsin this 19th day of February, 2019.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **United States District Judge**